TEST PAGE FOR FILING